# BORRELLI & ASSOCIATES
### P.L.L.C.
www.employmentlawyernewyork.com

| 655 Third Avenue | 910 Franklin Avenue |
| --- | --- |
| Suite 1821 | Suite 200 |
| New York, NY 10017 | Garden City, NY 11530 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

October 19, 2020

<u>Via ECF</u>
The Honorable Katherine Polk Failla
United States District Judge for the
Southern District of New York
40 Foley Square
New York, New York 10007



Re:   *Sanayi Beckles-Canton v. Lutheran Social Services of New York., Inc.*
         <u>Docket No.: 20-cv-04379-KPF</u>

Dear Judge Failla:

We represent Plaintiff Sanayi Beckles-Canton in this lawsuit brought under the anti-retaliation provisions of the False Claims Act, 31 U.S.C. § 3703(h), against Defendant Lutheran Social Services of New York, Inc.  On September 24, 2020, Defendant filed its motion to dismiss, and pursuant to the Court's August 21, 2020 Order, Plaintiff's opposition is due by October 23, 2020. ECF 14, 16-17.  In light of several conflicts that the undersigned has in other matters, we write now - - with Defendant's consent - - to request a two-week extension to November 6, 2020, for Plaintiff to file her opposition.  This is Plaintiff's first request for an extension, and if granted, Defendant's reply will be adjourned to November 20, 2020, with no other deadlines in this matter impacted.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/ Caitlin Duffy
Caitlin Duffy, Esq.
*For the Firm*

Application GRANTED.

Dated:    October 19, 2020          SO ORDERED.
          New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE